UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00147-JHC-1 |
| Plaintiff, | ORDER |
| v. | |
| JAHRI ASAD CUNNINGHAM, | |
| Defendant. | |

This matter comes before the Court on Defendant Jahri Asad Cunningham's Motion to Dismiss for improper venue. Dkt. # 11 at 1. The Court has reviewed the materials filed in support of the motion, the rest of the case file, and the governing law. For reasons stated in the attached order from *United States v. Cunningham*, 2:23-cr-00090-JHC-3, the Court DENIES the motion. Dkt. # 11.

Dated this 8th day of June, 2026.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1